UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HUDSON,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALFREDO FRANCO, et al.,<br><br>　　　　　　Defendant(s). | Case No. CV 14-1247-JLS (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED as follows:

(1) Plaintiff's claims against Defendants Alfredo Franco and Kirk Richardson in their official capacity are DISMISSED without leave to amend;

(2) Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's Eighth Amendment claim against Defendants Alfredo Franco and Kirk Richardson and Plaintiff's Eighth Amendment claim is DISMISSED without leave to amend; and

1   (3) Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's
2   Fourteenth Amendment claim against Defendants Alfredo Franco and
3   Kirk Richardson.

4

5   Dated: May 22, 2016

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge

2